KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, CSBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94l02
   Telephone: (4l5) 436-7124
   Facsimile: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEI ZHANG, ) | |
| ) | |
|    Plaintiff, ) | No. C-06-5761 JW (PVT) |
| ) | |
|    v. ) | **STIPULATION TO DISMISS; AND** |
| ) | **[PROPOSED] ORDER** |
| ) | |
| MICHAEL CHERTOFF; *et al.* ) | |
| ) | |
|    Defendants. ) | |

   Plaintiff, appearing by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's Application to Register Permanent Resident or Adjust Status (Form I-485).

   Each of the parties shall bear their own costs and fees.

///

///

///

///

///

///

///

STIPULATION TO DISMISS
C 06-5761 JW (PVT)                      1

| | | |
|---|---|---|
| 1 | Dated: October 25, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/<br>
ILA C. DEISS<br>
Assistant United States Attorney<br>
Attorneys for Defendants

Dated: October 25, 2006

/s/
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  10/26/2006

_____
JAMES WARE
United States District Judge

STIPULATION TO DISMISS
C 06-5761 JW (PVT)                    2